UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

SANDRA W. FILLICHIO,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, L.P.,

    Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, SANDRA W. FILLICHIO, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, CAPITAL MANAGEMENT SERVICES, L.P., is a limited partnership and citizen of the State of New York with its principal place of business at Suite 700, 726 Exchange Street, Buffalo, New York 14210.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on or about the dates stated:

> April 6, 2009
> Message for Sandra. This is Mr. Taggert calling with Capital Management Services on behalf of Chase Bank. Please return this call at 1-800-463-9293. Please use reference number 48328661.
>
> April 7, 2009
> Sandra Fillichio. Ms. Calhoun from Capital Management Services. I am calling on behalf of Chase Bank. Reach me at 1-800-463-9293. When calling back you will need reference 48328661.

April 9, 2009
This message is for Sandra W. Fillichio. Ms. Fillichio this is Cheri (inaudible) from Capital Management Services. I am calling on behalf of Chase Bank. It is important that you return my call today, April 9th at 1-800-463-9293. The phone number again is 1-800-463-9293. When returning my call, use reference number 48328661. Again, the phone number is 1-800-463-9293, reference number is 48328661. Thank you.

April 10, 2009 – Pre-Recorded Message
Please contact Capital Management Services regarding an important business matter at 1-800-463-9293. This call is not a solicitation. Again, that phone number is 1-800-463-9293. Thank you.

April 11, 2009 – Pre-Recorded Message
Capital Management Services regarding an important business matter at 1-800-463-9293. This call is not a solicitation. Again, that phone number is 1-800-463-9293. Thank you.

April 23, 2009
Ms. Sandra Fillichio, this is Erica. I'm calling from Capital Management Services with reference to Chase Bank. If you could reach me please, its toll free at 1-800-463-9293 with reference 48328661.

April 30, 2009 – Pre-Recorded Message
Please contact Capital Management Services regarding an important business matter at 1-800-463-9293. This call is not a solicitation. Again, that phone number is 1-800-463-9293. Thank you.

May 2, 2009
This is a message for Sandra Fillichio.  It's (inaudible) from Capital Management Services calling on behalf of Chase.  Please contact me at 1-800-463-9292.  When returning my call, please use Reference 48328661.  It is important you return this call as soon as you receive this message.

May 19, 2009 – Pre-Recorded Message
Please contact Capital Management Services regarding an important business matter at 1-800-457-8220. This call is not a solicitation. Again, that phone number is 1-800-457-8220. Thank you.

May 26, 2009 – Pre-Recorded Message

Please contact Capital Management Services regarding an important business matter at 1-800-457-8220. This call is not a solicitation. Again, that phone number is 1-800-457-8220. Thank you.

June 4, 2009 – Pre-Recorded Message
Please contact Capital Management Services regarding an important business matter at 1-800-457-8220.  This call is not a solicitation.  Again, that phone number is 1-800-457-8220.  Thank you.

June 22, 2009 – Pre-Recorded Message
Please contact Capital Management Services regarding an important business matter at 1-800-463-9293.  This call is not a solicitation.  Again, that phone number is 1-800-463-9293.  Thank you.

June 25, 2009 – Pre-Recorded Messasge
Please contact Capital Management Services regarding an important business matter at 1-800-457-8220.  This call is not a solicitation.  Again, that phone number is 1-800-457-8220.  Thank you.

July 7, 2009 – Pre-Recorded Message
– a solicitation.  Again, that phone number is 1-800-463-9293.  Thank you.

July 15, 2009
This message is for Sandra Fillichio.  Sandra it's Al Koehler with Capital Management.  Need a return call.  My number is 866-201-4972.  When calling, please refer to Reference Number 48328661.  Thanks.  Have a good day.

July 21, 2009
Sandra Fillichio, Miss Calhoun from Capital Management Services calling with reference to Chase Bank. Reach me at 800-463-9293 with reference 48328661. Thank you.

August 14, 2009
This is an important message for Sandra Fillichio. This is Miss King calling from Capital Management Services on behalf of Chase. Return my call at 1-800-463-9293. When returning the call have reference number 048328661. This message is important return the call as soon as you receive the message today.

<u>September 11, 2009 – Pre-Recorded Message</u>
Please contact Capital Management Services regarding an important business matter at 1-800-457-8220. This call is not a solicitation. Again that phone number is 1-800-457-8220. Thank you.

<u>September 30, 2009 – Pre-Recorded Message</u>
Please contact Capital Management Services regarding an important business matter at 1-800-463-9293. This call is not a solicitation. Again that phone number is 1-800-463-9293. Thank you.

<u>October 2, 2009</u>
Sandra Fillichio, Bebe calling from Capital Management, I'm calling you on behalf of Chase Bank. It is important that I speak with you today, I need a return call 800-463-9293, reference number 48328661.

<u>October 5, 2009</u>
Sandra Fillichio, Bebe calling from Capital Management, I'm calling on behalf of Chase Bank. I need a return call today 800-463-9293, reference number 48328661.

<u>December 17, 2009 – Work Phone</u>
Message is for Sandra Fillichio. If this is not Sandra I will now pause three seconds to allow the room the clear. Sandra this is an attempt to collect a debt, any information obtained will be used for that purpose. Contact Brianna of Capital Management Services, in regards to Bank of America, at 1-800-747-5193. When returning the call use reference number 54036196.

<u>February 3, 2010</u>
This message is intended for Sandra Fillichio. Please hang up or disconnect if you are not that party. A three second pause follows to allow that party to listen to this message in private. Please contact Capital Management Services at 1-866-843-9115. This communication is from a debt collector attempting to collect a debt. Any information obtained will be used exclusively for that purpose.

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages.

14. Defendant knew it was required to communicate its status as a debt collector and the purpose of its call in telephone messages to Plaintiff.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

15. Plaintiff incorporates Paragraphs 1 through 13.

16. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

17. Plaintiff incorporates Paragraphs 1 through 13.

18. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

 a. Damages;

 b. Attorney's fees, litigation expenses and costs of suit; and

 c. Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

19. Plaintiff incorporates Paragraphs 1 through 13.

20. Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C

§1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

21.    Plaintiff incorporates Paragraphs 1 through 13.

22.    Defendant asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that it is a debt collector and the purpose of its communications when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

23.    Plaintiff incorporates Paragraphs 1 through 13.

24.    By failing to disclose that it is a debt collector and the purpose of its communication, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Ft. Lauderdale, FL 33339
        Telephone: 954-537-2000
        Facsimile: 954-566-2235
        donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658